UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| THOMAS JEFFERSON STEVENS, II, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Cause No.: 1:12-CV-00161-AGF |
| v. ) | |
| ) | |
| FIRST STATE BANK AND TRUST ) | |
| COMPANY, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' unopposed Motion for Summary Judgment with respect to Count I of their complaint.  (Doc. No. 21)  Having considered the motion, all relevant facts of record, and Defendants' lack of opposition thereto,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for summary judgment with respect to Count I of their complaint is **GRANTED**.  (Doc. No. 21.)

**IT IS FURTHER ORDERED** that the testamentary trust of Decedent, Martha Viar Stevens, set out in the Last Will and Testament of Martha Viar Stevens dated March 29, 2001, shall be amended in accordance with the amended trust document titled, "Amended Martha Viar Stevens Testamentary Trust" (Doc. No. 29-1), attached hereto and incorporated herein by reference as Exhibit I.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of May, 2013.